## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br><br>　　　　　v.<br><br>ANGEL LUIS VALLE DELGADO (1)<br>　Defendant, | CRIM. NO. 25-448 (FAB) |

### MOTION IN COMPLIANCE

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Angel Luis Valle Delgado, through the undersigned defense counsel and hereby very respectfully STATES and PRAYS as follows:

1. That on December 16, 2025 the Honorable Court ordered counsel to provide proof of sending by mail the membership fees to the office of the clerk of the court.
2. That the undersigned has sent payment via certified mail on December 16, 2025.

**WHEREFORE**, it is hereby very respectfully prayed for this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED** this December 16, 2025.

**I HEREBY CERTIFY** that on this same date this motion has been filed with the Clerk of the Court using the CM/ECF system, which will forward copies to all concerned.

| | |
|---|---|
| **ILC LAW OFFICE**<br>CITY TOWERS, SUITE # 304<br>252 PONCE DE LEON AVENUE<br>SAN JUAN, P.R. 00918<br>TEL: (787) 236-0852<br>EMAIL: latiff.lawoffice@gmail.com | /s/ *Ibraham Latiff-Carrasquillo*<br>IBRAHAM LATIFF-CARRASQUILLO, ESQ.<br>USDC-PR NO. 303901 |