IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANGEL LUIS VALLE-DELGADO<br> Defendant. | CRIMINAL NO. 25-448 (FAB) |

MOTION IN COMPLIANCE WITH COURT ORDER AT DOCKET NO. 35

TO THE HONORABLE COURT:

COMES NOW plaintiff, the United States of America, represented by the undersigned attorneys, and very respectfully states, alleges and prays as follows:

1.  On May 19, 2026, the Court ordered the Government to provide defendant Angel Luis Valle-Delgado's compensation for the years 2000 to 2026. (Docket No. 35.)

2.  Mr. Valle-Delgado was hired by the United States Postal Service on April 27, 2013.

3.  From 2013 to 2026, Mr. Valle-Delgado's total income or compensation as a United States Postal Service employee was approximately $707,747 USD.


[*Intentionally Left Blank*]

1

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the information submitted and find the United States in compliance with the Court's order.


RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 21st day of May 2026.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY



/s/ Tania Y. Salas-De Jesús
Tania Y. Salas-De Jesús
Special Assistant U.S. Attorney
USDC-PR 224401
Torre Chardon Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787.772.3954
Email: tania.salas-de.jesus@usdoj.gov

/s/ Lani E. Lear
Lani Lear
Assistant United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico 00918
Tel:787-282-1806
Email: lani.lear@usdoj.gov
