IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANGEL LUIS VALLE-DELGADO
Defendant.

CRIMINAL NO. 25-448 (FAB)

MOTION TO COMPLY WITH COURT ORDERS AT DOCKET NOS. 39 AND 37

TO THE HONORABLE COURT:

COMES NOW plaintiff, the United States of America, represented by the undersigned attorneys, and very respectfully states, alleges and prays as follows:

1. On May 29, 2026, this Honorable Court, through the Order at Docket No. 39, granted the Government an extension of time to comply with the Order entered at Docket No. 37.

2. In its Motion for Extension of Time (Docket No. 38), the Government informed the Court of the Defendant Angel Valle-Delgado's annual income earned through his employment with the United States Postal Service from 2013 through 2026.

3. In addition to his employment with the United States Postal Service, Defendant Valle-Delgado served in the United States Army Reserve and received the following annual income:

1

| Year | Income |
| --- | --- |
| 2013 | $5,433.97 |
| 2014 | $4,991.48 |
| 2015 | $4,164.46 |
| 2016 | $6,814.45 |
| 2017 | $7,339.65 |
| 2018 | $6,000.37 |
| 2019 | $7,179.50 |
| 2020 | $5,719.78 |
| 2021 | $8,012.15 |
| 2022 | $16,655.55 |
| 2023 | $5,949.11 |
| 2024 | $9,004.23 |
| 2025 | $8,853.97 |
| January 1, 2026 – June 1, 2026 | $2,409.09 |

4. Defendant Valle-Delgado also received disability compensation benefits from the United States Department of Veterans Affairs in the following amounts:

| Year | Compensation |
| --- | --- |
| 2015 | $10,737.43 |
| 2016 | $11,217.43 |
| 2017 | $7,489.36 |
| 2018 | $13,965.36 |
| 2019 | $13,739.46 |
| 2020 | $17,027.89 |
| 2021 | $19,371.08 |
| 2022 | $33,331.07 |
| 2023 | $47,997.32 |
| 2024 | $51,027.26 |
| 2025 | $51,437.09 |
| January 1, 2026 – June 1, 2026 | $21,850.25 |

**WHEREFORE**, the United States respectfully requests that this Honorable Court take notice of the information submitted and find the United States in compliance with the Court's orders at Docket No. 37 and Docket No. 39.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 2nd of June 2026.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*/s/ Tania Y. Salas-De Jesús*
Tania Y. Salas-De Jesús
Special Assistant U.S. Attorney
USDC-PR 224401
Torre Chardon Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
787.772.3954
Email: tania.salas-de.jesus@usdoj.gov

*/s/ Lani E. Lear*
Lani Lear
Assistant United States Attorney
350 Chardon Avenue
Torre Chardon, Suite 1201
Hato Rey, Puerto Rico 00918
Tel:787-282-1806
Email: lani.lear@usdoj.gov